# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** <u>Magistrate Judge Azrack</u>  **DATE:** <u>4/30/13</u>

<u>USA</u> v. <u>Carlos Alvarez</u>  <u>11-CR-486 (DLI)</u>

**DEFENDANT'S NAME:** <u>Carlos Alvarez</u>
_x_ present  ___ not present  _x_ custody  ___ bail

**DEFENSE COUNSEL:** <u>Michelle Gelernt</u>
_x_ present  ___ not present  ___ CJA  ___ RET  _x_ PDA

**AUSA:** <u>Una Dean</u>  **LAW CLERK:** <u>Amy Weiner</u>

**INTERPRETER:** <u>No</u>  **Language:** _____

**FTR:** Tape # <u>4:14:00-4:34:09</u>

- _x_ CASE CALLED
- _x_ DEFENDANT: _x_ SWORN _x_ INFORMED OF RIGHTS
- ___ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
- ___ SUPERCEDING INDICTMENT / INFORMATION FILED
- ___ DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
- _x_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO
  Lesser included offense of COUNT 3 OF THE SUPERCEDING INDICTMENT
- _x_ COURT FINDS FACTUAL BASIS FOR THE PLEA
- _x_ SENTENCING SET FOR: **To be set by J. Irizarry**
- ___ SENTENCING TO BE SET BY PROBATION
- ___ BAIL: ___ SET ___ CONT'D FOR DEFT. _x_ CONT'D IN CUSTODY
- _X_ TRANSCRIPT ORDERED

<u>OTHER</u>: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.